**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARENA APPLE FENG,** | Case No.: 19-cv-07228-YGR |
| Plaintiff**,** | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION** |
| v. | |
| **COUNTY OF SAN FRANCISCO, ET. AL..,** | Re: Dkt. No. 13 |
| Defendants. | |

The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation (Dkt. No. 13, Order to Reassign Case to a District Judge; and Recommendation to Dismiss Case for Lack of Subject Matter Jurisdiction, "Report") recommending dismissal of this case for lack of subject matter jurisdiction, to which no party filed an objection. The Court has reviewed the Report carefully. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report:

1. This case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction; and
2. All pending motions are **DENIED AS MOOT**.

This Order terminates the case. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated: January 24, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**